■ In the Matter of ALLEN J. DE POALO, Respondent, v ROGER PHILLIPS, as Orange County Sheriff, et al., Appellants. —Judgment of the Supreme Court, Orange County, dated May 29, 1984, affirmed, with costs, for reasons stated by Justice Isseks at Special Term. Gibbons, J. P., Brown, Lawrence and Kooper, JJ., concur.